## SMITH *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 78, September Term, 1962.]

*Decided May 15, 1963.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated in the opinion filed by Judge Digges in the lower court, the application of Edward S. Smith for leave to appeal from the order dismissing his petition for post conviction relief from his imprisonment for carnal knowledge and rape is hereby denied.

*Application denied.*